# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

111 First Street
Bay City, MI 48708

---

In Re: Charles J. Smith
Debtor

                      Case No.: 21−20986−dob
                      Chapter 7
                      Judge: Daniel S. Opperman.BayCity

Nationwide Judgment Recovery, Inc.
Plaintiff

                      Adv. Proc. No. 22−02011−dob

v.

Charles J. Smith
Defendant

---

## NOTICE OF INITIAL SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Bankr. P. 7016 and Fed.R. Civ. P. 16, an initial scheduling conference in an adversary proceeding will be conducted in **U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708** on **7/14/22** at **03:00 PM** following which a scheduling order will be issued.

All parties and their counsel are reminded that incident thereto, and, by reason of amendments to the Federal Rules of Civil Procedure effective December 1, 2000:

    (a) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. <u>26(f)</u>, At a minimum, the parties must (1) confer and discuss the required subjects, and, (2) file with the Court, **no later than 7 days before the conference,** a written report regarding all the subjects listed in the Rule 26(f) report form available on the Court's web site (http://www.mieb.uscourts.gov/) under "Local Forms" (the form is entitled "Report of Parties Rule 26(f) Conference.")

    <u>and</u>

    (b) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(a)(1), requiring specified initial disclosures to be served within 14 days after the Rule 26(f) conference (unless the parties waive the requirement in whole or in part, or extend the due date; note that any such waiver or extension should be included in the required 26(f) report)

    **NOTE: IF A FULLY COMPLETED REPORT OF PARTIES' 26(F) CONFERENCE IS ACTUALLY RECEIVED BY THE COURT ONE WEEK PRIOR TO THE SCHEDULED CONFERENCE, AND THE COURT DOES NOT INDICATE OTHERWISE, THE CONFERENCE WILL <u>NOT</u> TAKE PLACE AND THE COURT WILL AUTOMATICALLY ISSUE AN APPROPRIATE ADVERSARY PROCEEDING SCHEDULING ORDER BASED UPON THE SUBMITTED 26(F) REPORT**

Dated: 6/9/22

                                            Todd M. Stickle , Clerk of Court
                                            UNITED STATES BANKRUPTCY COURT