**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

111 First Street
Bay City, MI 48708

---

In Re: Charles J. Smith
Debtor

                                       Case No.: 21−20986−dob
                                       Chapter 7
                                       Judge: Daniel S. Opperman.BayCity

Nationwide Judgment Recovery, Inc.
Plaintiff                                     Adv. Proc. No. 22−02011−dob

v.

Charles J. Smith
Defendant

---

**NOTICE OF INITIAL SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Bankr. P. 7016 and Fed.R. Civ. P. 16, an initial scheduling conference in an adversary proceeding will be conducted in **U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708** on **7/14/22** at **03:00 PM** following which a scheduling order will be issued.

All parties and their counsel are reminded that incident thereto, and, by reason of amendments to the Federal Rules of Civil Procedure effective December 1, 2000:

    (a) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. <u>26(f)</u>, At a minimum, the parties must (1) confer and discuss the required subjects, and, (2) file with the Court, **no later than 7 days before the conference,** a written report regarding all the subjects listed in the Rule 26(f) report form available on the Court's web site (http://www.mieb.uscourts.gov/) under "Local Forms" (the form is entitled "Report of Parties Rule 26(f) Conference.")

    <u>and</u>

    (b) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(a)(1), requiring specified initial disclosures to be served within 14 days after the Rule 26(f) conference (unless the parties waive the requirement in whole or in part, or extend the due date; note that any such waiver or extension should be included in the required 26(f) report)

    **NOTE: IF A FULLY COMPLETED REPORT OF PARTIES' 26(F) CONFERENCE IS ACTUALLY RECEIVED BY THE COURT ONE WEEK PRIOR TO THE SCHEDULED CONFERENCE, AND THE COURT DOES NOT INDICATE OTHERWISE, THE CONFERENCE WILL <u>NOT</u> TAKE PLACE AND THE COURT WILL AUTOMATICALLY ISSUE AN APPROPRIATE ADVERSARY PROCEEDING SCHEDULING ORDER BASED UPON THE SUBMITTED 26(F) REPORT**

    Dated: 6/9/22

                                                             Todd M. Stickle , Clerk of Court
                                                             UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

Nationwide Judgment Recovery, Inc.,
    Plaintiff

Adv. Proc. No. 22-02011-dob

Smith,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0645-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: ntcscAPO | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Charles J. Smith, 4420 Denby Drive, Saginaw, MI 48603-3050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kay Standridge Kress | on behalf of Plaintiff Nationwide Judgment Recovery Inc. kay.kress@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com |

TOTAL: 1